IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KEVIN LEDFORD, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:23-CV-04079<br>) |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT TRAVELERS HOME AND MARINE INSURANCE COMPANY'S CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Travelers Home and Marine Insurance Company discloses as follows:

The Travelers Home and Marine Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. (NYSE: TRV) is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

To the extent that Local Civil Rule 7.1(b) requests a list of "other entities that are related to the party as a parent, subsidiary, or otherwise," attached hereto is a list of all direct and indirect subsidiaries of The Travelers Companies, Inc.

1

Respectfully submitted,

s/ Matthew D. Turner
Matthew D. Turner    #48031
ARMSTRONG TEASDALE LLP
101 E. High Street, First Floor
Jefferson City, Missouri 65101
(573) 636-8394
(573) 636-8457 (facsimile)
mturner@atllp.com

Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8388
(860) 275-8299 (facsimile)
wackerman@rc.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS HOME AND MARINE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via the Court's ECF system on this 30th day of June, 2023, to:

David T. Butsch
Christopher E. Roberts
BUTSCH ROBERTS & ASSOCIATES LLC
231 South Bemiston Ave., Suite 260
Clayton, MO 63105

s/ Matthew D. Turner
Matthew D. Turner