Exhibit 21.1

| Name of Subsidiaries of The Travelers Companies, Inc. | State or Other Jurisdiction of Incorporation |
|---|---|
| Travelers Property Casualty Corp. | Connecticut |
|     Travelers Insurance Group Holdings Inc. | Delaware |
|         The Standard Fire Insurance Company | Connecticut |
|             Standard Fire Properties, LLC | Delaware |
|                 Bayhill Restaurant II Associates | California |
|             Standard Fire UK Investments LLC | Delaware |
|             The Automobile Insurance Company of Hartford, Connecticut | Connecticut |
|                 Auto Hartford Investments LLC | Delaware |
|             Travelers Personal Security Insurance Company | Connecticut |
|             Travelers Property Casualty Insurance Company | Connecticut |
|             Travelers Personal Insurance Company | Connecticut |
|             Travelers Texas MGA, Inc. | Texas |
|         The Travelers Indemnity Company | Connecticut |
|             Arch Street North LLC | Delaware |
|             Gulf Underwriters Insurance Company | Connecticut |
|             Select Insurance Company | Texas |
|             First Floridian Auto and Home Insurance Company | Florida |
|             Travelers Distribution Alliance, Inc. | Delaware |
|             Travelers Indemnity U.K. Investments LLC | Connecticut |
|             The Charter Oak Fire Insurance Company | Connecticut |
|             American Equity Insurance Company | Arizona |
|                 American Equity Specialty Insurance Company | Connecticut |
|             Northland Insurance Company | Connecticut |
|                 Northfield Insurance Company | Iowa |
|                 Northland Casualty Company | Connecticut |
|             The Phoenix Insurance Company | Connecticut |
|                 Constitution State Services LLC | Delaware |
|                 Phoenix UK Investments LLC | Delaware |
|                 The Travelers Indemnity Company of America | Connecticut |
|                 The Travelers Indemnity Company of Connecticut | Connecticut |
|                 Travelers Property Casualty Company of America | Connecticut |
|             The Travelers Home and Marine Insurance Company | Connecticut |
|             The Travelers Lloyds Insurance Company | Texas |
|             Travelers Marine, LLC | Delaware |
|             Travelers Marketplace Holdings, LLC | Delaware |
|                 InsuraMatch, LLC | Delaware |
|             TPC U.K. Investments LLC | Delaware |
|             TravCo Insurance Company | Connecticut |
|             Travelers Commercial Casualty Company | Connecticut |

Case 2:23-cv-04079-BCW   Document 23-1   Filed 06/30/23   Page 1 of 3

| Name of Subsidiaries of The Travelers Companies, Inc. | State or Other Jurisdiction of Incorporation |
|---|---|
|     TPC Investments, Inc. | Connecticut |
|     Travelers (Bermuda) Limited | Bermuda |
|     Travelers Casualty and Surety Company | Connecticut |
|         8527512 Canada Inc. | Canada |
|             The Dominion of Canada General Insurance Company (1) | Canada |
|         Farmington Casualty Company | Connecticut |
|             Travelers MGA, Inc. | Texas |
|         IHP Capital Partners Fund VIII, L.P. | Delaware |
|         Simply Business, LLC | Massachusetts |
|             Harborway Insurance Agency, LLC | Massachusetts |
|         The Family Business Institute LLC | Delaware |
|         Travelers Casualty and Surety Company of America | Connecticut |
|             Travelers Global, Inc. | Delaware |
|                 Travelers Brazil Holding LLC | Delaware |
|                     Travelers Brazil Acquisition LLC | Delaware |
|         Travelers Casualty Insurance Company of America | Connecticut |
|         Travelers Casualty Company of Connecticut | Connecticut |
|         Travelers Casualty UK Investments LLC | Delaware |
|         Travelers Commercial Insurance Company | Connecticut |
|         Travelers Excess and Surplus Lines Company | Connecticut |
|         Travelers Lloyds of Texas Insurance Company | Texas |
|         Travelers Insurance Company of Canada | Canada |
| St. Paul Fire and Marine Insurance Company | Connecticut |
|   Fidelity and Guaranty Insurance Company | Iowa |
|   Fidelity and Guaranty Insurance Underwriters, Inc. | Wisconsin |
|   St. Paul Mercury Insurance Company | Connecticut |
|   St. Paul Guardian Insurance Company | Connecticut |
|   St. Paul Surplus Lines Insurance Company | Delaware |
|   The Travelers Casualty Company | Connecticut |
|   Travelers Constitution State Insurance Company | Connecticut |
|   Northbrook Holdings, Inc. | Delaware |
|       Discover Property & Casualty Insurance Company | Connecticut |
|       St. Paul Protective Insurance Company | Connecticut |
|   350 Market Street, LLC | Delaware |
|   United States Fidelity and Guaranty Company | Connecticut |
|   Travelers Specialty Insurance Company | Connecticut |
|   SPFM Holdings, LLC | Delaware |
| Camperdown Corporation | Delaware |
| TCI Global Services, Inc. | Delaware |
| SPC Insurance Agency, Inc. | Minnesota |
| Travelers Management Limited | United Kingdom |
| Travelers Insurance Company Limited | United Kingdom |
|   Travelers Insurance Designated Activity Company | Ireland |
| Travelers London Limited | United Kingdom |

| Name of Subsidiaries of The Travelers Companies, Inc. | State or Other Jurisdiction of Incorporation |
|---|---|
| F&G UK Underwriters Limited | United Kingdom |
| Travelers Syndicate Management Limited | United Kingdom |
| Aprilgrange Limited | United Kingdom |
| Travelers Underwriting Agency Limited | United Kingdom |
| Xbridge Limited | United Kingdom |
| 10762962 Canada Inc. | Canada |
|    Zensurance Inc. (2) | Canada |
|       Zensurance Brokers Inc. | Canada |

_____

(1) The Dominion of Canada General Insurance Company is a wholly-owned subsidiary of 8527512 Canada Inc., which is jointly owned by Travelers Casualty and Surety Company, which holds a 77.52% interest, and St. Paul Fire and Marine Insurance Company, which holds a 22.48% interest.

(2) 10762962 Canada Inc. holds a majority interest in Zensurance Inc.

The names of particular subsidiaries have been omitted because, considered in the aggregate as a single subsidiary, they would not constitute, as of the end of the year covered by this report, a "significant subsidiary" as that term is defined in Rule 1-02(w) of Regulation S-X under the Securities Exchange Act of 1934. In addition to what is listed above, the Company has a 49.5% interest in (i) Junto Holding Brasil S.A., a Brazilian company, which has two direct wholly-owned Brazilian subsidiaries, Junto Seguros S.A. and Junto Resseguros S.A, and one indirect wholly-owned Brazilian subsidiary, Junto Controle de Riscos Ltda and (ii) Junto Holding Latam S.A., a Brazilian company, which owns 51% of JMalucelli Travelers Seguros S.A., a Colombian company.