EXHIBIT 12

# LEDFORD "PRINCIPAL" DAMAGES SUMMARY EXHIBIT

**ACV TOTAL ACTUALLY PAID WITH NON-MATERIAL DEPRECIATION (NET OF DEDUCTIBLE)**

$6,840.07 (Kidd Declaration, paragraph 6)

**DATE OF ACTUAL ACV PAYMENT**

December 11, 2018 (Kidd Declaration, paragraph 6)

**ACV PAYMENT THAT "WOULD HAVE BEEN PAID" WITHOUT NON-MATERIAL DEPRECIATION (NET OF DEDUCTIBLE)**

$9,048.02 (Exhibit 7, Xactimate® estimate without non-material depreciation)

**UNPAID PRINCIPAL AFTER DECEMBER 11, 2010**

$2,207.95 ($9,048.02 - $6,840.07 = $2,207.95)

**RCV PAYMENT**

$1,844.93 (Kidd Declaration, paragraph 9)

**DATE OF RCV PAYMENT**

February 22, 2019 (Kidd Declaration, paragraph 9)

**UNPAID PRINCIPAL AFTER FEBRUARY 22, 2019**

$363.02 ($2,207.95-$1,844.93)