# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KEVIN LEDFORD, individually, and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY, )<br><br>Defendant. ) | Case No. 23-4079-CV-C-BCW |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendants' Motion for Summary Judgment (Doc. #11) is GRANTED.

January 2, 2024     Paige Wymore-Wynn
Date                Clerk of Court

                    /s/ Tracy L. Diefenbach
                    (by) Deputy Clerk